# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

MARTIN SZTULPA,

    Plaintiff(s),

v.

Experian Information Solutions, Inc. and Cavalry Portfolio Services, LLC,

    Defendant(s).

2:22-cv-00060-JCM-VCF

**ORDER**

Before me is the notice of settlement between Plaintiff and Experian Information Solutions, Inc. (ECF No. 13).

Accordingly, and good cause appearing,

I ORDER that Plaintiff and Experian Information Solutions, Inc. must file a proposed stipulation and order for dismissal on or before June 28, 2022.

DATED this 27th day of April 2022.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE