George Haines, Esq
Nevada Bar No   9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880 5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorney for Plaintiff Martin Sztulpa*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Martin Sztulpa, | Case No.: 2:22-cv-00060-JCM-VCF |
| Plaintiff, | **Stipulation of dismissal of Experian Information Solutions, Inc. with prejudice** |
| v | |
| Experian Information Solutions, Inc.; and Cavalry Portfolio Services, LLC, | |
| Defendant(s). | |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Martin Sztulpa and Experian Information Solutions, Inc. stipulate to dismiss Plaintiff's claims against Experian Information Solutions, Inc. with prejudice.

STIPULATION - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 27, 2022.

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Martin Sztulpa*

**NAYLOR & BRASTER**

/s/ Benjamin Gordon
Benjamin Gordon, Esq.
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
*Counsel for Experian Information Solutions, Inc.*

IT IS SO ORDERED:

*[signature]*
UNITES STATES DISTRICT JUDGE

DATED: July 5, 2022

STIPULATION         - 2 -